UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| INFORTREND TECHNOLOGY, INC., et al., | ) ) ) | |
| Plaintiff(s), | ) ) | No. C 10-0087 BZ |
| v. | ) ) | **BRIEFING ORDER** |
| RAID INC., | ) ) | |
| Defendant(s). | ) ) ) | |

Having received defendants' motion to dismiss the complaint or to stay the action, **IT IS ORDERED** that any opposition to the motion shall be filed by **FEBRUARY 17, 2010.** Any reply shall be filed by **FEBRUARY 24, 2010**. By no later than **FEBRUARY 17, 2010**, plaintiff shall consent to or decline magistrate judge jurisdiction. The form to consent to or decline magistrate judge jurisdiction may be found on the court's website at:

http://www.cand.uscourts.gov

Dated: February 5, 2010

Bernard Zimmerman
United States Magistrate Judge

1

G:\BZALL\-BZCASES\INFORTREND TECH INC\BRIEFING ORDER.wpd