IT IS SO ORDERED
AS MODIFIED

*James Ware*

Judge James Ware

4/5/2010

1  **WANG, HARTMANN, GIBBS & CAULEY, P.C.**
A Professional Law Corporation
2  Richard F. Cauley (SBN: 109194)
RichardCauley@whgclaw.com
3  John D. van Loben Sels (SBN 201354)
jvanlobensels@whgclaw.com
4  2570 W. El Camino Real, Suite 440
Mountain View, CA   94040
5  Telephone:  (650) 209-1230
Facsimile:   (650) 209-1231
6
Attorneys for Plaintiffs Infortrend Technology, Inc. and Infortrend Corp.
7

8                  **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| INFORTREND TECHNOLOGY, INC., a Taiwan corporation and INFORTREND CORPORATION, a California corporation | CASE NO.: 5:10-CV-00087 JW |
| Plaintiffs, | **PLAINTIFFS' NOTICE  OF VOLUNTARY  DISMISSAL WITH PREJUDICE** |
| vs. | |
| RAID, Inc., a Massachusetts corporation, | |
| Defendant. | |

18
        Plaintiffs Infortrend Technology, Inc., and Infortrend Corporation, by and through their
19
undersigned counsel of record, hereby respectfully voluntarily dismiss the above captioned
20
action with prejudice as against Defendant RAID, Inc. pursuant to Fed.R.Civ.P. 41(a).  This
21
dismissal is pursuant to the terms of settlement between all parties to this action.  There are no
22
counterclaims, cross-claims or third party claims. Each side to bear its own fees and costs.
23
The Clerk shall close this file.
24
Dated: April 1, 2010                          WANG, HARTMANN, GIBBS & CAULEY
25                                              A Professional Law Corporation
26
27                                              By:   /s/ John D. van Loben Sels
                                                      John D. van Loben Sels
28                                                    Attorneys for Plaintiffs

- 1 -
**PLAINTIFFS' NOTICE OF VOLUNTARY  DISMISSAL WITH PREJUDICE**